Argued and submitted June 22, 1999, reversed and remanded for new trial
May 31, 2000

STATE OF OREGON,
*Respondent,*

*v.*

JUAN JOSE ORTIZ, JR.,
*Appellant.*

(97-0875; CA A101047)

999 P2d 559

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM